IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARISOL CONTRERAS BENITEZ,

    Appellant,

 v.                                                            Case No.  5D16-3969

WILMINGTON SAVINGS FUND SOCIETY,
FSB, NOT IN ITS INDIVIDUAL CAPACITY
BUT SOLELY AS TRUSTEE FOR THE
PRIMESTAR AR-H FUND I TRUST,

    Appellee.
_____/

Opinion filed December 8, 2017

Non-Final Appeal from the
Circuit Court for Lake County,
Sandra E. Champ, Judge.

Eric O. Husby, Tampa, for Appellant.

Ezra Scrivanich, of Scrivanich Hayes,
Plantation, for Appellee.

PER CURIAM.

## ON REHEARING

    We grant rehearing in this case and withdraw the previously-issued opinion.  We

substitute the following in its stead.  The appeal is dismissed pursuant to Archer v. U.S.

Bank National Ass'n, 220 So. 3d 477, 478-79 (Fla. 5th DCA 2017).

    DISMISSED.

SAWAYA, WALLIS, and EISNAUGLE, JJ., concur.